Robert M. Carlson
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street, Ste. 301
Butte, MT 59701
Ph.:   406-782-5800
Fax:   406-723-8919
bcarlson@cpklawmt.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| ERIC HULEATT and ALLEN BOWKER, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> REMINGTON ARMS COMPANY, LLC, et al. <br><br> Defendants. | No. CV-13-113-M-DLC <br><br> **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

Defendants Remington Arms Co., LLC, Sporting Goods Properties Inc., and E.I. du Pont de Nemours & Co., ("Defendants"), by their attorneys and under Federal Rules of Civil Procedure 12(b)(6) and 9(b), move to dismiss Plaintiffs' Complaint.  For the reasons set forth in Defendants' Brief in Support of Motion to Dismiss Plaintiffs' Complaint—which Defendants file contemporaneously with

915640

this Motion—Defendants respectfully request that the Court dismiss with prejudice Plaintiffs' Class Action Complaint because the Complaint is time-barred, fails to state a claim for which relief may be granted, and fails to plead allegations of fraud with sufficient particularity.

WHEREFORE, Defendants request this court to enter its Order dismissing Plaintiffs' Complaint with prejudice for failure to state a claim upon which relief can be granted.

DATED this 5th day of August, 2013.

/s/ Robert M. Carlson
CORETTE BLACK CARLSON & MICKELSON
Attorney for Defendants

915640

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of August, 2013, a copy of the foregoing document was served on the following persons by the following means: <u>1, 2, 3, 4, 5, and 6</u> by and through the Electronic Case Filing System.

1. Clerk, U.S. District Court

2. Andrew S. Leroy
   ATTORNEY AT LAW
   4717 Grand Avenue, Suite 820
   Kansas City, MO 64112
   816-361-5550
   Email: aleroy@monseesmayer.com

3. Christopher M. Ellis
   BOLEN, ROBINSON & ELLIS, LLP
   202 South Franklin Street, 2nd Floor
   Decatur, IL 62523
   217-429-4296
   Fax: 217-329-0034
   Email: cellis@brelaw.com

4. Jon D. Robinson
   BOLEN, ROBINSON & ELLIS, LLP
   202 South Franklin Street, 2nd Floor
   Decatur, IL 62523
   217-429-4296
   Fax: 217-329-0034
   Email: jrobinson@brelaw.com

915640

5. Richard A. Ramler
   RAMLER LAW OFFICE, P.C.
   202 West Madison
   Belgrade, MT 59714
   406-388-0150
   Fax: 406-388-6842
   Email: RichardRamler@aol.com

6. Timothy W. Monsees
   ATTORNEY AT LAW
   4717 Grand Avenue, Suite 820
   Kansas City, MO 64112
   816-361-5550
   Email: tmonsees@monseesmayer.com


                /s/ Robert M. Carlson
                CORETTE BLACK CARLSON & MICKELSON
                Attorney for Defendants

915640