IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ERIC HULEATT and ALLEN BOWKER, On behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>REMINGTON ARMS COMPANY, L.L.C., SPORTING GOODS PROPERTIES, INC., and E.I. DuPONT DE NEMOURS AND COMPANY,<br><br>　　　　　　Defendants. | CV 13–113–M–DLC<br><br>ORDER |

　　　The parties have filed a stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)A)(ii) of the Federal Rules of Civil Procedure.

　　　Accordingly, IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  Each party shall pay their respective costs, expenses and attorney fees.

　　　IT IS FURTHER ORDERED that the filing fee for the application to appear *pro hac vice* paid by R. Seth Crompton, Eric D. Holland, and Jordan L. Chaikin shall be reimbursed, as the Court never ruled on their applications.

DATED this 2ⁿᵈ day of October, 2013.

_____
Dana L. Christensen, Chief District Judge
United States District Court